## Frederick B. Thomas, Appellee, v. F. Thomas Morris et al., Defendants.
## Appeal of Frank D. Quin, Appellant.

Gen. No. 40,999.

Heard in second division, first district, this court at October term, 1939; opinion filed May 14, 1942; rehearing denied June 5, 1942. Cooke, Sullivan & Ricks and Daily, Dines, White & Fiedler, for appellant; George J. O'Grady and John F.

Sullivan, of counsel; Dunbar & Rich, for appellee; David O. Dunbar, Stanley Rich and M. J. Atkinson, of counsel; Castle, Williams & McCarthy, for Northern Trust Co. et al., Trustees, Emmett J. McCarthy and George R. Lyon, of counsel. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''